JOHN D. HIGGINBOTHAM, Bar No. 204179
WILLIAM J. PRIEST, Bar No. 202654
john.higginbotham@bbklaw.com
william.priest@bbklaw.com
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

Attorneys for Defendant
CITY OF COVINA and ROBERT NEIUBER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE JOHNSON SOBER LIVING HOUSE, SANDEE REPP, John Does 1-8 and Jane Roes 9-12,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF COVINA and ROBERT NEIUBER,<br><br>　　　　Defendant. | Case No. CV 11-02809 RGK (Ex)<br>Judge: R. Gary Klausner<br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>[Filed concurrently with:<br>1. Notice of Motion and Motion for Summary Judgment;<br>2. Motion to File Points and Authorities in Excess of Page Limitations;<br>3. Separate Statement of Undisputed Facts;<br>4. Declaration of Robert Neiuber;<br>5. Declaration of John Higginbotham;<br>6. Appendix of Evidence.]<br><br>Hearing:<br>Date:　April 16, 2012<br>Time:　9:00 a.m.<br>Dept.:　850 – Roybal Bldg.<br><br>Motion Filing Cut-Off:　March 21, 2012<br>Pre-Trial Conference:　May 21, 2012<br>Trial Date:　June 5, 2012 |

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Defendants City of Covina and Robert Neiuber request that this Court take judicial notice of the documents attached as Exhibits 8, 13 through 15, and 20 through 22 to the Appendix of Evidence filed in support of Defendants' motion for summary judgment:

1. Excerpts from the Covina Municipal Code (Title 17 – Zoning).

2. Determination of No Reasonable Cause of housing discrimination by the City of Covina against Plaintiffs Sandee Repp and Lance Glock, issued by the United States Department of Housing and Urban Development ("HUD"), dated August 9, 2011.

3. HUD's Final Investigative Report supporting its Determination of No Reasonable Cause of housing discrimination by the City of Covina against Plaintiffs Sandee Repp and Lance Glock.

4. Determination of No Reasonable Cause of housing discrimination by the City of Azusa against Plaintiffs Sandee Repp and Lance Glock, issued by HUD, dated January 28, 2008.

5. Article entitled "Fair Housing for Sober Living: How the Fair Housing Act Addresses Recovery Homes for Drug and Alcohol Addiction.", published in the Summer, 2010 edition of The Urban Lawyer, Volume 42, No. 3.

6. Technical Assistance Publication (TAP) Series 13, entitled "Confidentiality of Patient Records for Alcohol and Other Drug Treatment", issued by the United States Substance Abuse and Mental Health Services Administration ("SAMHSA").

7. "Joint Statement of the Department of Housing and Urban Development and the Department of Justice – *Reasonable Accommodations Under the Fair Housing Act*", dated May 17, 2004.

1  See *Korematsu v. United States*, 584 F.Supp. 1406, 1414 (N.D. Cal. 1984);
2  *Pavone v. Citicorp Credit Services, Inc.*, 60 F.Supp.2d 1040, 1045 (C.D. Cal. 1997)
3  *Sebastian International, Inc. v. Russolillo*, 151 F.Supp.2d 1215, 1219, n.4.

Dated:     March 21, 2012            BEST BEST & KRIEGER LLP

By: /s/
JOHN D. HIGGINBOTHAM
WILLIAM J. PRIEST
Attorneys for Defendants CITY OF COVINA and ROBERT NEIUBER

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE, SUITE 400
P.O. BOX 1028
RIVERSIDE, CA 92502

65002.00229\7338076.1     - 2 -     REQUEST FOR JUDICIAL NOTICE
CV 11-02809 RGK (Ex)