Louis G. Fazzi, Esq. SBN84362
222 N. Mountain Ave., Suite 108
Upland, CA 91786
909-237-6214
louisfazzi@yahoo.com

Greg Lester SBN 160084
Attorney at Law
410 W. Badillo Ave., Suite C
Covina, CA 91723
(626) 732-5800
Fax (626) 732-5884

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Johnson Sober Living House, Lance Glock, Sandee Repp, John Does 1-8 and Jane Roes 9-12,<br><br>Plaintiffs,<br><br>v.<br><br>City of Covina and Robert Neiuber,<br><br>Defendants. | **Case No. CV11-02809 RGK (Ex)**<br><br>**OBJECTION TO MSJ etc.** |

Plaintiffs hereby object to the Notice of Motion and Motion for Summary Judgment purportedly filed on or about March 21, 2012, on the grounds that Plaintiffs were not given timely notice of the motion. The hearing date purports to be April 16, 2012, with a date of filing and electronic service of March 21, 2012. The Notice is defective on its face, in that Plaintiffs were not given at least 28 days notice of the hearing as required by *Local Rule* 6-1 of this court.

*L.R.* 6-1 sets forth the required Notice and Service of Motion, and provides:

"Unless otherwise provided by rule or order of the Court, no

---
1
**OBJECTION TO MSJ etc.**

oral motions will be recognized and every motion shall be presented by written notice of motion. <u>The notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing, and shall be served on each of the parties electronically or, if excepted from electronic filing, either by deposit in the mail or by personal service.</u> If mailed, the notice of motion shall be served not later than thirty-one (31) days before the Motion Day designated in the notice. If served personally, or electronically, the notice of motion shall be served not later than twenty-eight (28) days before the Motion Day designated in the notice. The Court may order a shorter time. All motions belonging upon the Motion Day calendar shall be placed by the Clerk upon the calendar for hearing upon the day for which the motion is noticed." (Emphasis added.)

Although Plaintiffs received from the court a Notice of Deficiency in filing, followed by an order striking the Notice and Motion for MSJ, out of an abundance of caution they feel obligated to file this formal objection.

A simple calculation of the date of the filing of the MSJ, March 21, 2012, shows that this date itself is less than the 28 days required for the filing of the motion; obviously, if the motion was filed less than the required 28 days prior to the hearing, it follows that the responding parties were not given at least 28 days notice of the hearing on the motion since the filing was done by electronic means. Plaintiffs have therefore been given inadequate notice and time within which to prepare and file their opposition to the motion, because that opposition is due March 26, 2012, less than a week after the notice was received.

///

///

Louis G. Fazzi, Esq.
Attorney & Counselor at Law
222 N. Mountain Ave., Suite 108
Upland, CA 91786
909-237-6214

Therefore, Plaintiffs object to the Notice of Motion and Motion for Summary Judgment.

Dated: March 25, 2012

                                                 /s/
Louis G. Fazzi, Esq.
Attorney for Plaintiff

Louis G. Fazzi, Esq.
Attorney & Counselor at Law
222 N. Mountain Ave., Suite 108
Upland, CA 91786
909-237-6214

3
**OBJECTION TO MSJ etc.**